654

379 A.2d 620

Donisi, Appellant, v.

Insurance Company of North America.

Submitted September 22, 1976.   Anthony P. Baratta and Raymond J. Takiff, for appellant;   Joseph H. Foster and Richard A. Kolb, for appellee.

Order affirmed.

379 A.2d 621

Dreslin v. Hutcheson et al., Appellants.

Argued June 15, 1977.   Harold. B. Fink, Jr., with him Fink and Young, for appellants;   Evan S. Williams, Jr., with him Vineski, Brann and Williams, for appellee.

Decree affirmed.